AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | US District Court MI (Eastern) | 4/18/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 1/1/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. Courthouse 1000 Washington Avenue Bay City, MI 48708 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | R. M. Gerstacker Foundation |
| 2. | Director | Saginaw Valley State University Foundation |
| 3. | Trustee | Albion College |
| 4. | Director | Thomas L. Ludington Foundation |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/03 | Michigan Judges Retirement System |
| 2. | | |
| 3. | | |

**Ludington, Thomas L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | Federal Court Salary | $165,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust (checking & savings) | A | Interest | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | K | T | | | | | |
| 3. TD Ameritrade Money Market | A | Interest | K | T | | | | | |
| 4. Merrill Lynch Money Market | A | Interest | J | T | | | | | |
| 5. Amgen Stock | A | Dividend | J | T | | | | | |
| 6. Covance Stock | A | Dividend | K | T | | . | | | |
| 7. Corning Stock | A | Dividend | | | Sold | 09/20/10 | L | F | |
| 8. Blackrock Global Stock | | None | L | T | Buy | 09/21/10 | L | | |
| 9. IBM Stock | A | Dividend | K | T | | | | | |
| 10. Quest Diagnostics Stock | A | Dividend | K | T | | | | | |
| 11. Chemical Financial Stock | B | Dividend | K | T | | | | | |
| 12. Petoskey MI Condo | | None | M | W | | | | | |
| 13. Am Cent Real Est (Dow Savings Plan) - KKL 401K | | None | J | T | | | | | |
| 14. Fidelity Contrafund (Dow Savings Plan) KKL 401K | | None | L | T | | | | | |
| 15. Fidelity Diversified Intl (Dow Savings Plan) KKL 401K | | None | K | T | | | | | |
| 16. Growth Equity (Dow Savings Plan) KKL 401K | | None | K | T | | | | | |
| 17. Interest Income Fund (Dow Savings Plan) KKL 401K | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Convertible Sec (Dow Savings Plan) KKL 401K | | None | K | T | | | | | |
| 19. Vanguard Global Equity (Dow Savings Plan) KKL 401K | | None | K | T | | | | | |
| 20. SSgA Stable Value - State of Michigan 457 Plan (TLL) | | None | K | T | Sold (part) | 03/22/10 | J | | |
| 21. PIMCO Total Return-State of Michigan 457 Plan (TLL) | | None | J | T | Buy | 03/22/10 | J | | |
| 22. Dodge & Cox Stock-State of Michigan 457 Plan (TLL) | | None | J | T | Buy | 03/22/10 | J | | |
| 23. SSgA Stable Value - State of Michigan 401K plan (TLL) | | None | K | T | | | | | |
| 24. PIMCO Total Return - State of Michigan 401K plan (TLL) | | None | K | T | Sold (part) | 03/22/10 | J | | |
| 25. Oakmark Equity & Income Fund-State of Michigan 401K (TLL) | | None | J | T | Buy | 03/22/10 | J | | |
| 26. MFS Total Return - State of Michigan 401K plan (TLL) | | None | K | T | | | | | |
| 27. Dodge and Cox Stock - State of Michigan 401K plan (TLL) | | None | K | T | | | | | |
| 28. Lord Abbett Mid-Cap Value A; State of Michigan 401K (TLL) | | None | | | Sold | 02/26/10 | K | | |
| 29. T Rowe Price Mid Cap Value Fund-State of Michigan 401K (TLL) | | None | K | T | Buy | 02/26/10 | K | | |
| 30. RidgeWorth Funds - State of Michigan 401K (TLL) | | None | K | T | | | | | |
| 31. American Funds Europacific Gr - State of Michigan 401K (TLL) | | None | K | T | | | | | |
| 32. Chemical Bank Savings - FBO #1 | A | Interest | K | T | | | | | |
| 33. Federated Balanced (CFC) - FBO #1 | A | Dividend | K | T | | | | | |
| 34. MI Edu Savings Program - FBO #1 | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1.000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Chemical Bank Savings - FBO #2 | | None | J | T | | | | | |
| 36. MI Edu Savings Plan - FBO #2 | | None | L | T | | | | | |
| 37. Schwab Money Market | A | Interest | K | T | | | | | |
| 38. Alger Hlth Sci Fund | | None | | | Sold | 11/17/10 | J | | |
| 39. Canadian Tire Corp 'A' | A | Dividend | | | Buy (add'l) | 03/11/10 | J | | |
| 40. | | | | | Sold | 07/19/10 | J | | |
| 41. Apple Inc | | None | J | T | Buy | 07/19/10 | J | | |
| 42. FBR Gas Util Index Fund | A | Dividend | K | T | | | | | |
| 43. FBR Small Cap Fund | A | Dividend | J | T | | | | | |
| 44. Fidelity Slct Portf Fund | A | Dividend | J | T | | | | | |
| 45. First Eagle Overseas A Fund | A | Dividend | K | T | Buy (add'l) | 03/11/10 | J | | |
| 46. | | | | T | Sold (part) | 11/17/10 | J | A | |
| 47. Canadian Natural Resources | A | Dividend | K | T | Buy | 03/11/10 | J | | |
| 48. General Dynamics, Inc | A | Dividend | | | Sold | 11/17/10 | J | C | |
| 49. Church & Dwight Co | A | Dividend | J | T | Buy | 07/19/10 | J | | |
| 50. Citigroup Inc | | None | J | T | Buy | 07/19/10 | J | | |
| 51. Dollar Tree Stores Inc | | None | J | T | Buy | 07/19/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. L-3 Communications, Inc | A | Dividend | | | Sold | 11/17/10 | J | C | |
| 53. Flower Foods | A | Dividend | J | T | Buy | 07/19/10 | J | | |
| 54. Meridian Value Fund | | None | | | Sold | 03/11/10 | K | D | |
| 55. ING Global Natural Resources A Fund | | None | J | T | Buy | 11/17/10 | J | | |
| 56. MFS Utilities Fund | | None | K | T | | | | | |
| 57. Royce Low-Priced St Fund | | None | K | T | Buy (add'l) | 03/11/10 | J | | |
| 58. | | | | T | Buy (add'l) | 11/17/10 | J | | |
| 59. Columbia Seligman Comm Fund | | None | K | T | | | | | |
| 60. ITT Education Services Inc | | None | J | T | Buy | 07/19/10 | J | | |
| 61. Vanguard Energy Fund | A | Dividend | K | T | Sold (part) | 03/11/10 | J | C | |
| 62. | | | | T | Buy (add'l) | 07/19/10 | J | | |
| 63. Vanguard Spc Hlth Fund | | None | | | Sold | 07/19/10 | J | B | |
| 64. Janus Overseas T Fund | A | Dividend | K | T | Buy | 07/19/10 | K | | |
| 65. MSCI Canada Index Fund | | None | J | T | Buy | 07/19/10 | J | | |
| 66. Dodge & Cox Intl Stock Fund | | None | | | Buy (add'l) | 03/11/10 | J | | |
| 67. | | | | | Sold | 07/19/10 | K | | |
| 68. Metro Inc Class A | | None | J | T | Buy | 11/17/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. MFS Intl New Discovery A Fund | | None | K | T | | | | | |
| 70. Pepsico Inc | A | Dividend | J | T | Buy | 07/19/10 | J | | |
| 71. Morgan Stanley Inst Intl Real Estate Fund | | None | K | T | | | | | |
| 72. T Price Media & Tel Fund | | None | K | T | Sold (part) | 11/17/10 | J | B | |
| 73. Owens & Minor Inc | | None | J | T | Buy | 11/17/10 | J | | |
| 74. Alexander's Inc | | None | K | T | Buy | 11/17/10 | K | | |
| 75. ATCO Ltd Class I | A | Dividend | K | T | Sold (part) | 03/11/10 | J | B | |
| 76. Bank of Nova Scotia | A | Dividend | J | T | Sold (part) | 07/19/10 | J | B | |
| 77. Power Financial Corp | A | Dividend | | | Sold | 03/11/10 | J | C | |
| 78. Shoppers Drug Mart Corp | A | Dividend | J | T | Buy (add'l) | 07/19/10 | J | | |
| 79. Harris Cap PFD | A | Dividend | J | T | | | | | |
| 80. PermianBasin Royalty Tr | | None | K | T | Buy (add'l) | 03/11/10 | J | | |
| 81. | | | | T | Sold (part) | 03/11/10 | J | B | |
| 82. | | | | T | Sold (part) | 07/19/10 | J | B | |
| 83. Cenovus Energy Inc | A | Dividend | | | Sold | 11/17/10 | J | B | |
| 84. EnCana Corp | A | Dividend | | | Sold | 11/17/10 | J | | |
| 85. Sabine Royalty Trust | | None | K | T | Sold (part) | 03/11/10 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Magellan Midstream | | None | K | T | Sold (part) | 03/11/10 | J | A | |
| 87. | | | | T | Sold (part) | 11/17/10 | J | B | |
| 88. NuStar Energy | | None | K | T | Sold (part) | 03/11/10 | J | A | |
| 89. | | | | T | Sold (part) | 11/17/10 | J | A | |
| 90. National Health Investors | A | Dividend | K | T | Buy | 08/31/10 | K | | |
| 91. | | | | T | Sold (part) | 11/17/10 | J | A | |
| 92. Sunoco Logistics Partners | | None | K | T | Sold (part) | 03/11/10 | J | B | |
| 93. | | | | T | Sold (part) | 07/19/10 | J | B | |
| 94. C & S Realty Fund | A | Dividend | K | T | Sold (part) | 07/19/10 | J | A | |
| 95. | | | | T | Sold (part) | 11/17/10 | J | A | |
| 96. Energy Transfer Partners | | None | K | T | Sold (part) | 03/11/10 | J | A | |
| 97. | | | | T | Sold (part) | 11/17/10 | J | A | |
| 98. Entertainment Pptys Tr | B | Dividend | | | Sold (part) | 07/19/10 | J | | |
| 99. | | | | | Sold | 08/31/10 | K | | |
| 100. Health Care Ppty Inv, Inc | B | Dividend | | | Buy (add'l) | 03/11/10 | J | | |
| 101. | | | | | Sold (part) | 07/19/10 | J | | |
| 102. | | | | | Sold | 11/17/10 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000.000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 103. Home Properties of NY | | None | | | Sold (part) | 07/19/10 | J | | |
| 104. | | | | | Sold | 11/17/10 | K | C | |
| 105. Rayonier Inc | A | Dividend | K | T | Buy | 11/17/10 | K | | |
| 106. SL Green Realty | A | Dividend | K | T | Sold (part) | 03/11/10 | J | B | |
| 107. | | | | T | Sold (part) | 07/19/10 | J | B | |
| 108. | | | | T | Sold (part) | 11/17/10 | J | A | |
| 109. Thornburg Intl Value Fund | A | Dividend | K | T | | | | | |
| 110. American Gen Fin - Bond 12/15/11 | B | Interest | K | T | | | | | |
| 111. American Gen Fin - Bond 6/15/10 | A | Interest | | | Matured | 06/15/10 | K | | |
| 112. Andrews Co, TX -Bond 8/15/15 | | None | K | T | Buy | 11/19/10 | K | | |
| 113. BerkshireHathaway- Bond 8/15/13 | | None | K | T | | | | | |
| 114. Camden, NJ-Bond 1/15/15 | | None | K | T | Buy | 11/29/10 | K | | |
| 115. Capital One Bank-CD 12/19/14 | | None | J | T | Buy | 08/10/10 | J | | |
| 116. Caterpillar Fin - Bond 7/15/10 | A | Interest | | | Matured | 07/15/10 | J | | |
| 117. Caterpillar Fin - Bond 7/15/12 | A | Interest | K | T | | | | | |
| 118. Cary, IL-Bond 11/1/13 | | None | J | T | Buy | 03/11/10 | J | | |
| 119. Cook Co, IL-Bond 12/1/13 | | None | J | T | Buy | 07/27/10 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50.000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100.001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  GE Capital Corp-Bond 11/14/14 | B | Interest | K | T | | | | | |
| 121.  John Hancock - Bond 2/15/12 | A | Interest | J | T | | | | | |
| 122.  Lehman Bank - Bond 1/18/12 | | None | J | T | | | | | |
| 123.  Merrill Lynch -Bond 3/15/11 | A | Interest | K | T | | | | | |
| 124.  John Hancock-Bond 11/15/15 | A | Interest | J | T | Buy | 07/20/10 | J | | |
| 125.  NStar Elec Co - Bond 5/15/10 | B | Interest | | | Matured | 05/17/10 | L | | |
| 126.  NStar Elec Co-Bond 5/15/10 | | None | | | Matured | 05/17/10 | J | | |
| 127.  Lewis County, WA-Bond 12/1/14 | A | Interest | K | T | Buy | 05/18/10 | K | | |
| 128.  Mishawaka, IN-Bond 3/1/15 | | None | K | T | Buy | 05/17/10 | K | | |
| 129.  New York St-Bond 3/15/15 | A | Interest | K | T | Buy | 03/12/10 | K | | |
| 130.  Palatine, IL-Bond 12/1/14 | A | Interest | K | T | Buy | 05/19/10 | K | | |
| 131.  Protective Life - Bond 7/15/10 | A | Interest | | | Matured | 07/15/10 | J | A | |
| 132.  Puerta Rico-Bond 8/1/11 | | None | J | T | | | | | |
| 133.  Household Finance - Bond 12/15/11 | B | Interest | K | T | | | | | |
| 134.  HSBC- Bond 7/15/12 | A | Interest | J | T | | | | | |
| 135.  HSBC - Bond 7/15/12 | | None | J | T | | | | | |
| 136.  Indiana Health - Bond 11/15/10 | B | Interest | | | Matured | 11/15/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Indiana Bond Bank-Bond 7/15/15 | | None | K | T | Buy | 07/20/10 | K | | |
| 138. Anchor Life Policy | | None | K | T | | | | | |
| 139. Trust Mark Life Policy | | None | L | T | | | | | |
| 140. Indianapolis Life Policy | | None | K | T | | | | | |
| 141. MetLife Policy | | None | K | T | | | | | |
| 142. Oakmark Equity & Income 1 Fund | | None | | | Buy | 03/11/10 | K | | |
| 143. | | None | | | Sold | 07/19/10 | K | | |
| 144. Capmark Bank CD 7/23/12 | | None | J | T | | | | | |
| 145. Citizens First Bank CD 12/28/12 | | None | J | T | Buy | 05/18/10 | J | | |
| 146. Discover Bank CD 9/24/13 | B | Interest | K | T | | | | | |
| 147. GE Capital Fin CD 9/18/12 | | None | J | T | | | | | |
| 148. GE Money Bank CD 11/20/12 | A | Interest | J | T | | | | | |
| 149. Goldman Sachs Bank CD 11/19/13 | | None | L | T | | | | | |
| 150. Goldman Sachs Bank CD 12/17/13 | | None | K | T | | | | | |
| 151. Wachovia Bank CD 9/30/13 | | None | J | T | | | | | |
| 152. Westernbank CD 11/20/14 | A | Interest | | | Sold | 05/10/10 | L | A | |
| 153. Westernbank CD 11/20/14 | | None | | | Sold | 05/10/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. GE Cap Financial CD 10/16/12 | | None | K | T | Buy | 03/26/10 | K | | |
| 155. Paragon Comm Bank CD 12/15/14 | | None | K | T | Buy | 05/26/10 | K | | |
| 156. Syracuse, NY Bond 10/15/14 | A | Interest | K | T | Buy | 05/17/10 | K | | |
| 157. Wyandotte Co, KS Bond 8/1/11 | A | Interest | K | T | Buy | 03/11/10 | K | | |
| 158. Royce Penn Mutual Fund | | None | | | Sold (part) | 03/11/10 | J | C | |
| 159. | | None | | | Sold | 11/17/10 | J | C | |
| 160. Schwab Money Market - FBO #1 | | None | J | T | | | | | |
| 161. FBR Small Cap Fncl Fund - FBO #1 | A | Dividend | J | T | | | | | |
| 162. First Eagle Overseas A Fund-FBO#1 | A | Dividend | J | T | | | | | |
| 163. ING Global Natural Resources A Fund | | None | J | T | Buy | 11/16/10 | J | | |
| 164. Magellan Midstream - FBO #1 | A | Dividend | J | T | | | | | |
| 165. Columbia Seligman Comm Fund - FBO #1 | | None | J | T | | | | | |
| 166. Royce Low-Priced Stock Fund-FBO#1 | A | Dividend | J | T | Buy | 07/20/10 | J | | |
| 167. MFS Intl New Discovery A Fund - FBO #1 | A | Dividend | J | T | Sold (part) | 11/16/10 | J | A | |
| 168. Stratton Sm Cap Value Fund-FBO#1 | | None | | | Sold | 07/20/10 | J | B | |
| 169. T Rowe Price Media & Tele Fund-FBO#1 | A | Dividend | J | T | Buy | 07/20/10 | J | | |
| 170. | | | | T | Buy (add'l) | 11/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Thornburg Intl Value A Fund - FBO #1 | A | Dividend | | | Buy (add'l) | 03/10/10 | J | | |
| 172. | | | | | Sold | 07/20/10 | J | A | |
| 173. Janus Overseas T Fund-FBO#1 | | None | J | T | Buy | 07/20/10 | J | | |
| 174. Morgan Stanley Inst Intl Real Est - FBO #1 | A | Dividend | J | T | | | | | |
| 175. Vanguard Energy Fund - FBO #1 | A | Dividend | J | T | | | | | |
| 176. ATCO Ltd Class I - FBO #1 | A | Dividend | J | T | Sold (part) | 03/10/10 | J | A | |
| 177. Canadian Natural Resources-FBO#1 | | None | J | T | Buy | 11/16/10 | J | | |
| 178. Power Financial Corp - FBO #1 | A | Dividend | | | Sold | 03/10/10 | J | B | |
| 179. American Gen Fin - Bond 5/15/10-FBO#1 | A | Interest | | | Matured | 05/15/10 | K | A | |
| 180. Caterpillar Fin - Bond 2/15/11-FBO#1 | A | Interest | K | T | | | | | |
| 181. GE Cap Corp Bond-FBO#1 8/15/15 | | None | J | T | Buy | 12/20/10 | J | | |
| 182. Metro Inc A -FBO#1 | | None | J | T | Buy | 11/16/10 | J | | |
| 183. Harris Cap - FBO #1 | A | Dividend | J | T | | | | | |
| 184. C & S Realty Inc A Fund - FBO #1 | A | Dividend | J | T | Sold (part) | 07/20/10 | J | | |
| 185. MSCI Canada Index Fund-FBO#1 | A | Dividend | J | T | Buy | 11/16/10 | J | | |
| 186. Avalon Bay Communities Inc-FBO#1 | A | Dividend | J | T | Sold (part) | 11/16/10 | J | A | |
| 187. Cenovus Energy-FBO#1 | A | Dividend | | | Buy (add'l) | 03/10/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 11/16/10 | J | A | |
| 189. EnCana Corp-FBO#1 | A | Dividend | | | Sold | 11/16/10 | J | A | |
| 190. Shoppers Drug Mart Corp-FBO#1 | A | Dividend | | | Buy | 03/10/10 | J | | |
| 191. | | | | | Sold | 11/16/10 | J | | |
| 192. Firstbank Puerto Rico CD-FBO#1 7/11/13 | A | Interest | J | T | | | | | |
| 193. GE Money Bank CD-FBO#1 12/13/10 | A | Interest | | | Matured | 12/13/10 | J | | |
| 194. St Bank of India, NY,CD-FBO#1 9/26/12 | A | Interest | J | T | | | | | |
| 195. Wachovia Bank CD-FBO#1 8/15/13 | A | Interest | J | T | | | | | |
| 196. Westernbank CD-FBO#1 11/20/14 | A | Interest | | | Sold | 04/30/10 | J | A | |
| 197. Ft. Walton Def Bond-FBO#1 6/15/12 | | None | K | T | | | | | |
| 198. Superior, WI Bond-FBO#1 3/1/14 | A | Interest | K | T | Buy | 05/21/10 | K | | |
| 199. Marlboro Twp, NJ Bond-FBO#1 12/1/13 | A | Interest | J | T | Buy | 05/18/10 | J | | |
| 200. Goldman Sachs Bond-FBO#1 10/15/15 | | None | J | T | Buy | 12/21/10 | J | | |
| 201. Sabine Royalty Trust - FBO #1 | A | Dividend | J | T | | | | | |
| 202. Alger Hlth Sci Fund - FBO #1 | | None | | | Sold | 11/16/10 | J | A | |
| 203. MFS Utilities Fund - FBO #1 | A | Dividend | J | T | | | | | |
| 204. T Rowe Price Fincl Srvc Fd - FBO #1 | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Sunoco Logistics Partners - FBO #1 | A | Dividend | J | T | Buy (add'l) | 03/10/10 | J | | |
| 206. | | | | T | Buy (add'l) | 05/17/10 | J | | |
| 207. | | | | T | Buy (add'l) | 08/16/10 | J | | |
| 208. | | | | T | Buy (add'l) | 11/15/10 | J | | |
| 209. | | | | T | Sold (part) | 11/16/10 | J | A | |
| 210. Schwab Money Market Fund - FBO #2 | | None | J | T | | | | | |
| 211. FBR Small Cap Fncl Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 212. Meridian Value Fund - FBO #2 | | None | | | Sold | 03/10/10 | J | | |
| 213. Columbia Seligman Comm Fund - FBO #2 | | None | J | T | | | | | |
| 214. Vanguard Energy Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 215. MFS Intl New Discovery A - FBO #2 | A | Dividend | J | T | | | | | |
| 216. Thornburg Intl Value A - FBO #2 | A | Dividend | J | T | Sold (part) | 11/16/10 | J | A | |
| 217. Oakmark Equity & Income Fund-FBO#2 | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 218. ATCO Ltd Class I - FBO #2 | A | Dividend | J | T | Sold (part) | 11/16/10 | J | A | |
| 219. Power Financial Corp - FBO #2 | A | Dividend | | | Sold | 03/10/10 | J | C | |
| 220. Royce Low-Priced Stock Fund-FBO#2 | A | Dividend | J | T | Buy | 07/20/10 | J | | |
| 221. Stratton Small Cap Value Fund-FBO#2 | | None | | | Sold | 07/20/10 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Metro Inc A-FBO#2 | | None | J | T | Buy | 11/16/10 | J | | |
| 223. MSCI Canada Index Fund-FBO#2 | A | Dividend | J | T | Buy | 07/20/10 | J | | |
| 224. Merrill Lynch Bond - FBO #2 3/29/11 | A | Interest | J | T | | | | | |
| 225. Miami Dade Cnty - FBO #2 4/1/10 | A | Interest | | | Matured | 04/01/10 | J | A | |
| 226. Sabine Royalty Tr - FBO #2 | A | Dividend | J | T | Buy (add'l) | 07/20/10 | J | | |
| 227. | | | | T | Sold (part) | 11/16/10 | J | A | |
| 228. Magellan Midstream - FBO #2 | A | Dividend | J | T | Buy (add'l) | 07/20/10 | J | | |
| 229. | | | | T | Sold (part) | 11/16/10 | J | A | |
| 230. C & S Realty Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 231. Shoppers Drug Mart Corp FBO#2 | A | Dividend | | | Buy | 03/10/10 | J | | |
| 232. | | | | | Sold | 11/16/10 | J | | |
| 233. Alger Hlth Sci Fund - FBO #2 | | None | | | Sold | 11/16/10 | J | A | |
| 234. First Eagle Overseas A Fund-FBO#2 | A | Dividend | J | T | Buy (add'l) | 03/10/10 | J | | |
| 235. Capital One CD - FBO #2 9/4/12 | A | Interest | J | T | | | | | |
| 236. MFS Utilities Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 237. T Rowe Price Finel Srvc Fd - FBO #2 | A | Dividend | J | T | | | | | |
| 238. GE Money Bank CD-FBO#2 10/9/13 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Blount Co, TN-FBO#2 6/1/15 | A | Interest | J | T | Buy | 11/18/10 | J | | |
| 240. AFLAC Inc | | None | | | Sold | 07/19/10 | J | | |
| 241. Boston, MA Bond-FBO#2 1/1/14 | A | Interest | J | T | Buy | 04/09/10 | J | | |
| 242. JP Morgan Bond-FBO#2 6/1/14 | A | Interest | J | T | Buy | 04/09/10 | J | | |
| 243. T Rowe Price Fincl Srvc Fund | | None | J | T | | | | | |
| 244. AvalonBay Communities Inc | A | Dividend | K | T | Sold (part) | 07/19/10 | J | C | |
| 245. Archer Dan Midland Bond semi 4/15/11 | | None | K | T | | | | | |
| 246. Bankers Trust Bond semi 10/15/11 | | None | K | T | | | | | |
| 247. Oregon State Bond maty 6/1/12 | | None | K | T | | | | | |
| 248. Pepsico Bond maty 4/1/12 | | None | K | T | | | | | |
| 249. Wachovia Corp Bond semi 10/15/11 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/18/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Deleted all assets from 2009 report that had been sold or matured.
2. Line 7 Corning Stock was sold due to conflict of interest ▓▓▓▓▓▓▓▓
3. Line 8 Blackrock Global Stock bought as part of the conflict of interest sell of Corning Stock.
4. Lines 59,165, and 213 Fund had a name change to Columbia Seligman Comm Fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544